# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROXANE LABORATORIES, INC., | |
| Plaintiff, | Civil Action No. 14-4042 (SRC) |
| v. | |
| CAMBER PHARMACEUTICALS INC. et al., | **OPINION & ORDER** |
| Defendants. | |

**CHESLER**, **U.S.D.J.**

This matter comes before the Court on the motion by Plaintiff Roxane Laboratories, Inc. ("Roxane") to dismiss Defendants' inequitable conduct counterclaim and strike Defendants' inequitable conduct defense. This Court agrees with Defendants that the filing of the Amended Answer on September 29, 2014 renders this motion moot. The motion will be denied without prejudice, and Roxane may file an amended motion to dismiss in regard to the amended pleading.

For these reasons,

**IT IS** on this 24th day of October, 2014 hereby

**ORDERED** that Plaintiff's motion to dismiss (Docket Entry No. 117) is **DENIED** as moot.

     s/ Stanley R. Chesler    
Stanley R. Chesler, U.S.D.J.